UNION INDEMNITY COMPANY, *Plaintiff in Error,* v. STATE OF FLORIDA, for the use of Tyson Lumber Company, *Defendant in Error.*

En Banc.

Decision filed March 26, 1930.

*Robert H. Anderson* and *John H. Summerlin,* for Plaintiff in Error;

*Thomas B. Dowda,* for Defendant in Error.

PER CURIAM.—This case is in all material respects like that of Union Indemnity Company v. State of Florida, for the use of Haigler and Hawkins, in which opinion was filed

at this term of the Court. The identical questions are involved in both cases and, therefore, the judgment in this case should be affirmed upon authority of the opinion filed in the other case. It is so ordered.

Affirmed.

TERRELL, C. J., AND WHITFIELD, STRUM AND BUFORD, J. J., concur.

ELLIS AND BROWN, J. J., dissent.